447 A.2d 649

D'Amico, et ux. v. Harper, et al., Appellants.

Argued November 11, 1980. Louis R. Salamon, for appellants; Carmine V. Molinaro, Jr., for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment and final decree affirmed.

447 A.2d 650

Enock, et al., Appellants v. Reifer, et al.
Petition for Allowance of Appeal Denied Sept. 17, 1982.

Argued March 17, 1982. Stanley W. Greenfield, for appellants; William C. Walker, for appellees.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgment of the court is affirmed.

HOFFMAN, J., filed a memorandum dissenting opinion.